No. 84–498. UNITED STATES *v.* NATIONAL BANK OF COMMERCE. C. A. 8th Cir. Certiorari granted.

No. 84–679. BATEMAN EICHLER, HILL RICHARDS, INC. *v.* BERNER ET AL. C. A. 9th Cir. Certiorari granted.

No. 84–363. NORTHEAST BANCORP, INC., ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. Motion of Chase Manhattan Corp. for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 83–1751. ROBINSON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 83–2012. HEYWARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–2051. ETLIN *v.* ETLIN. Sup. Ct. Va. Certiorari denied.

No. 83–2112. GOUVEIA, TRUSTEE *v.* HAMMOND CLINIC ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–2130. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6846. ALERTE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–6891. ALVAREZ *v.* UNITED STATES;
No. 83–6911. LLANEZ-DIAZ *v.* UNITED STATES; and
No. 83–6925. NUNEZ-VARELA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 732 F. 2d 1200.

No. 83–6951. CROUCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6965. BAGWELL *v.* BRANNON ET AL. C. A. 11th Cir. Certiorari denied.